**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 07-550** |
| | : | |
| **LAMONT LEWIS** | : | |

### ORDER DISMISSING COUNTS 17, 21, 24, AND 26 OF INDICTMENT ONLY AS TO DEFENDANT LEWIS

THIS COURT, having been presented by the United States of America with a

motion to dismiss Counts 17, 21, 24 and 26 of the indictment only as to the defendant Lamont

Lewis, pursuant to the specific terms of the guilty plea agreement, and upon agreement of all

parties, does hereby ORDER and ADJUDGE that Counts 17, 21, 24, and 26 of the indictment are

hereby DISMISSED only as to the defendant Lamont Lewis.

So ORDERED on this the ___5th___ day of November, 2014.

HON. R. BARCLAY SURRICK
UNITED STATES DISTRICT JUDGE

11/5/2014
Mailed to:
n... Adams Nugent